# Exhibit A

**ED&F Man 30(b)(6) Deposition — Table of Proposed Trades**

| Share | Ex-Date | Share Volume | Plan(s) | Investment Manager Group | Reclaimed Withholding Tax |
|---|---|---|---|---|---|
| Carlsberg A/S - B | 03/22/13 | 2,400,000 | • Autoparts Pensions Group Trust (226,700 shares);<br>• Bluegrass Investment Management, LLC Retirement Plan (228,000 shares);<br>• Bluegrass Retirement Group Trust (236,300 shares);<br>• Casting Pensions Group Trust (221,100 shares);<br>• Central Technologies Pensions Group Trust (227,200 shares);<br>• Industrial Pensions Group Trust (232,350 shares);<br>• JSH Farms LLC 401 (K) Plan (59,450 shares);<br>• KRH Farms LLC 401 (K) Plan (63,000 shares);<br>• MGH Farms LLC 401 (K) Plan (57,200 shares);<br>• MSJJ Retirement Group Trust (56,400 shares);<br>• SRH Farms LLC 401 (K) Plan (62,900 shares);<br>• SV Holdings, LLC Retirement Plan (232,263 shares);<br>• Tew Enterprises, LLC Retirement Plan (205,357 shares);<br>• Tew, LP Retirement Plan (231,130 shares);<br>• Triton Farms LLC 401 (K) Plan (60,650 shares) | • Arunvill Capital UK Limited;<br>• Hollbeach Investment Management LLC | DKK 3,888,000.00 |
| Lundbeck A/S | 03/22/13 | 3,188,000 | • Autoparts Pensions Group Trust (224,500 shares);<br>• Bluegrass Investment Management, LLC Retirement Plan (234,000 shares);<br>• Bluegrass Retirement Group Trust (230,000 shares);<br>• Casting Pensions Group Trust (223,500 shares);<br>• Central Technologies Pensions Group Trust (230,300 shares);<br>• Industrial Pensions Group Trust (231,200 shares);<br>• JSH Farms LLC 401 (K) Plan (95,900 shares);<br>• KRH Farms LLC 401 (K) Plan (94,100 shares);<br>• MGH Farms LLC 401 (K) Plan (82,200 shares);<br>• MSJJ Retirement Group Trust (89,400 shares);<br>• SRH Farms LLC 401 (K) Plan (97,150 shares);<br>• SV Holdings, LLC Retirement Plan (417,800 shares);<br>• Tew Enterprises, LLC Retirement Plan (416,400 shares);<br>• Tew, LP Retirement Plan (223,300 shares);<br>• Triton Farms LLC 401 (K) Plan (64,250 shares) | • Arunvill Capital UK Limited;<br>• Hollbeach Investment Management LLC | DKK 1,721,520.00 |

## ED&F Man 30(b)(6) Deposition — Table of Proposed Trades

| | | | | | |
|---|---|---|---|---|---|
| A.P. Møller Mærsk A/S - B | 04/12/13 | 13,000 | • Autoparts Pensions Group Trust (1,350 shares);<br>• Bluegrass Investment Management, LLC Retirement Plan (1,275 shares);<br>• Bluegrass Retirement Group Trust (3,000 shares);<br>• Casting Pensions Group Trust (1,125 shares);<br>• Central Technologies Pensions Group Trust (1,500 shares);<br>• Industrial Pensions Group Trust (1,200 shares);<br>• SV Holdings, LLC Retirement Plan (1,150 shares);<br>• Tew Enterprises, LLC Retirement Plan (1,300 shares);<br>• Tew, LP Retirement Plan (1,100 shares) | • Arunvill Capital UK Limited;<br>• Hollbeach Investment Management LLC | DKK 4,179,600.00 |
| A.P. Møller Mærsk A/S - B | 04/12/13 | 25,000 | • Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust (5,200 shares);<br>• Sterling Alpha LLC 401(K) Profit Sharing Plan (19,800 shares) | Zeta Financial Partners Limited | DKK 8,100,000.00 |
| Tryg A/S | 04/19/13 | 1,500,000 | • Del Mar Asset Management Saving & Retirement Plan (1,500,000 shares) | Duet Asset Management UK Limited | DKK 10,530,000.00 |
| Chr. Hansen Holding A/S | 11/27/13 | 740,000 | • Del Mar Asset Management Saving & Retirement Plan (740,000 shares) | Duet Asset Management UK Limited | DKK 1,250,748.00 |
| Coloplast A/S - B | 12/06/13 | 500,000 | • Del Mar Asset Management Saving & Retirement Plan (500,000 shares) | Duet Asset Management UK Limited | DKK 945,000.00 |
| Coloplast A/S - B | 12/06/13 | 3,800,000 | • Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust (1,800,000 shares);<br>• Cambridge Way LLC 401k Profit Sharing Plan (2,000,000 shares) | Zeta Financial Partners Limited | DKK 7,182,000.00 |
| TDC A/S | 03/07/14 | 4,995,000 | • KK Law Firm Retirement Plan Trust (1,448,550 shares);<br>• Uplands Consulting Retirement Plan Trust (1,873,125 shares);<br>• 5T Advisory Services Retirement Plan Trust (1,673,325 shares) | KK Law | DKK 2,967,029.30 |
| Danske Bank A/S | 03/19/14 | 29,125,000 | • American Investment Group of New York, L.P., Pension Plan (7,750,000 shares);<br>• DW Construction, Inc. Retirement Plan (2,000,000 shares);<br>• Kamco Investments, Inc. Pension Plan (2,000,000 shares);<br>• Kamco LP Profit Sharing Pension Plan (7,375,000 shares);<br>• Linden Associates Defined Benefit Plan (2,000,000 shares);<br>• Moira Associates LLC 401 (K) Plan (2,000,000 shares);<br>• Newsong Fellowship Church 401 (K) Plan (2,000,000 shares);<br>• Riverside Associates Defined Benefit Plan (2,000,000 shares);<br>• The Goldstein Law Group PC 401(K) Profit Sharing Plan (2,000,000 shares) | Acer Investment Group, LLC | DKK 15,727,500.00 |

**ED&F Man 30(b)(6) Deposition — Table of Proposed Trades**

| | | | | | |
|---|---|---|---|---|---|
| Danske Bank A/S | 03/19/14 | 24,725,000 | • Autoparts Pensions Group Trust (2,725,000 shares); <br> • Bluegrass Investment Management, LLC Retirement Plan (2,877,000 shares); <br> • Bluegrass Retirement Group Trust (2,720,000 shares); <br> • Casting Pensions Group Trust (2,684,000 shares); <br> • Central Technologies Pensions Group Trust (2,706,000 shares); <br> • Industrial Pensions Group Trust (2,740,000 shares); <br> • SV Holdings, LLC Retirement Plan (2,926,000 shares); <br> • Tew Enterprises, LLC Retirement Plan (2,734,000 shares); <br> • Tew, LP Retirement Plan (2,613,000 shares) | • Arunvill Capital UK Limited; <br> • Hollbeach Investment Management LLC | DKK 13,351,500.00 |
| A.P. Møller Mærsk A/S - B | 04/01/14 | 30,000 | • Del Mar Asset Management Saving & Retirement Plan (12,000 shares); <br> • Federated Logistics LLC 401(K) Plan (18,000 shares) | Duet Asset Management UK Limited | DKK 11,340,000.00 |
| A.P. Møller Mærsk A/S - B | 04/01/14 | 27,200 | • Autoparts Pensions Group Trust (5,500 shares); <br> • Bluegrass Retirement Group Trust (5,200 shares); <br> • Casting Pensions Group Trust (5,500 shares); <br> • Central Technologies Pensions Group Trust (5,200 shares); <br> • Industrial Pensions Group Trust (5,300 shares); <br> • SV Holdings, LLC Retirement Plan (500 shares) | • Arunvill Capital UK Limited; <br> • Hollbeach Investment Management LLC | DKK 10,281,600.00 |
| A.P. Møller Mærsk A/S - B | 04/01/14 | 40,000 | • Acorn Capital Strategies LLC Employee Pension Profit Sharing Plan & Trust (20,000 shares); <br> • Cambridge Way LLC 401k Profit Sharing Plan (20,000 shares) | Zeta Financial Partners Limited | DKK 15,120,000.00 |
| Coloplast A/S - B | 05/09/14 | 2,850,000 | • Cambridge Way LLC 401k Profit Sharing Plan (2,850,000 shares) | Zeta Financial Partners Limited | DKK 3,078,000.00 |
| TDC A/S | 08/08/14 | 16,477,424 | • American Investment Group of New York, L.P., Pension Plan (3,400,000 shares); <br> • DW Construction, Inc. Retirement Plan (3,400,000 shares); <br> • Kamco Investments, Inc. Pension Plan (3,500,000 shares); <br> • Kamco LP Profit Sharing Pension Plan (2,777,424 shares); <br> • Moira Associates LLC 401 (K) Plan (3,400,000 shares) | Acer Investment Group, LLC | DKK 6,673,356.72 |
| IC Group A/S | 09/25/14 | 50,000 | • Newsong Fellowship Church 401 (K) Plan (50,000 shares) | Acer Investment Group, LLC | DKK 40,500.00 |
| Chr. Hansen Holding A/S | 11/28/14 | 800,000 | • American Investment Group of New York, L.P., Pension Plan (800,000 shares) | Acer Investment Group, LLC | DKK 814,320.00 |
| Pandora A/S | 03/19/15 | 700,950 | • Linden Associates Defined Benefit Plan (400,950 shares); <br> • Riverside Associates Defined Benefit Plan (300,000 shares) | Acer Investment Group, LLC | DKK 1,703,308.50 |
| Danske Bank A/S | 03/19/15 | 3,400,000 | • Linden Associates Defined Benefit Plan (1,100,000 shares); <br> • Riverside Associates Defined Benefit Plan (1,200,000 shares); <br> • The Goldstein Law Group PC 401(K) Profit Sharing Plan (1,100,000 shares) | Acer Investment Group, LLC | DKK 5,049,000.00 |