# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-09434 (LAK); 1:18-cv-09439 (LAK); 1:18-cv-09489 (LAK); 1:18-cv-09490 (LAK); 1:18-cv-09491 (LAK); 1:18-cv-09492 (LAK); 1:18-cv-09494 (LAK); 1:18-cv-09497 (LAK); 1:18-cv-09498 (LAK); 1:18-cv-09505 (LAK); 1:18-cv-09507 (LAK); 1:18-cv-09511 (LAK); 1:18-cv-09515 (LAK); 1:18-cv-09549 (LAK); 1:18-cv-09552 (LAK). | 18-MD-2865 (LAK)<br><br>ECF Case |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of December, 2001, the Notion of Motion to Withdraw as Counsel, the Declaration of Mark J. Hyland in Support of Motion to Withdraw as Counsel, and the Proposed Order, filed through the ECF system, were electronically sent to the registered participants as identified on the Notice of Electronic Filing.

Further, on the 1st day of December, 2021, copies of the documents were also served by email and by Federal Express, Standard Overnight Delivery on Defendant Bernard Tew at:

    Bernard Tew                                    Dean A. Langdon, Esq.
    910 Aiken Road                          DelCotto Law Group PLLC
    Versailles, KY 40383                 200 North Upper Street
    drtew@earthlink.net                  Lexington, Kentucky 40507
                                                              dlangdon@dlgfirm.com

New York, New York
December 1, 2021

                                                                                        s/ Mark J. Hyland
                                                                                             Mark J. Hyland

SK 29893 0001 9073925